# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE DIXON,<br><br>                            Petitioner,<br><br>       v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>                            Respondent. | Civil No.   07cv1990 JM (AJB)<br><br>**ORDER:**<br><br>**(1)  DISMISSING CASE AS DUPLICATIVE [Doc. No. 1] and**<br><br>**(2) DENYING IN FORMA PAUPERIS APPLICATION AS MOOT [Doc. No. 2].** |

      On October 12, 2007, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus and a Motion to Proceed In Forma Pauperis. Upon review of the Petition, the Court notes that the present petition is identical to the petition Petitioner filed on September 21, 2007, in <u>Dixon v. Hernandez</u>, S.D. Cal. Civil Case Number 07cv1860 BEN (WMc). The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims." <u>Cato v. United States</u>, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). Here, Petitioner has filed two identical petitions with this Court.

//
//
//
//

1 | Accordingly, the Court **DISMISSES** this case because the Petition in this case is
2 | duplicative of that filed in <u>Dixon v. Hernandez</u>, S.D. Cal. Civil Case Number 07cv1860 BEN
3 | (WMc). In light of the above, the Court further **DENIES** Petitioner's application to proceed in
4 | forma pauperis as moot. [Doc. No. 2.] The Clerk shall close the file.

5 | **IT IS SO ORDERED.**

6 | DATED: November 1, 2007

*/s/ Jeffrey T. Miller*
Hon. Jeffrey T. Miller
United States District Judge